

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2016

No. 04-16-00095-CV

**IN THE INTEREST OF I.A.M. AND R.A.M.**,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-02978
Honorable Dick Alcala, Judge Presiding

## O R D E R

Appellant's brief in this accelerated appeal was originally due May 3, 2016; however, the court granted appellant an extension of time until May 23, 2016, to file the brief. Neither the brief nor a motion for extension of time has been filed.

We **order** Manuel C. Rodriguez Jr., appellant's court-appointed appellate attorney, to file appellant's brief by **June 2, 2016**. Appellant is advised that **no extensions of time will be granted** absent a showing of extraordinary circumstances. If the brief is not filed by the date ordered, the court may abate the appeal and remand the case to the trial court for a hearing to determine whether appellant or counsel has abandoned this appeal. *See* Tex. Fam. Code Ann. § 107.013(a)(1) (giving indigent persons a right to counsel in parental-rights termination cases); *In re M.S.*, 115 S.W.3d 534, 544 (Tex. 2003) (holding that this right to counsel includes the right to effective counsel).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of May, 2016.

Keith E. Hottle
Clerk of Court